# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEVY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Limited Liability Company, and DOES 1 through 10 inclusive,<br><br>    Defendants, | Case No.: 2:25-cv-01768-AC<br><br>*Assigned Judge: Allison Claire*<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

[PROPOSED] ORDER OF DISMISSAL

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: June 1, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER OF DISMISSAL